*Tuesday, May 30, 1995*

## MOTION DOCKET

**95–637.** Middletown v. Butler Cty. Bd. of Commrs. *Butler County,* No. CA94–03–084. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion for stay of court of appeals' order setting aside injunction granted by the common pleas court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, effective May 26, 1995.

## DISCIPLINARY DOCKET

**95–376.** Columbus Bar Assn. v. Elsass. Upon consideration of respondent's motion for leave to file a reply brief,

IT IS ORDERED by the court that the motion for leave to file a reply brief be, and hereby is, denied, effective May 26, 1995.

*Wednesday, May 31, 1995*

## MISCELLANEOUS DISMISSALS

**95–1011.** I'Juju v. Ohio Dept. of Rehab. & Corr. On May 19, 1995, appellant filed a notice of appeal of the judgment of the Ohio Court of Claims entered in case No. 94–03173–AD on April 7, 1995. Whereas, this court does not have jurisdiction to consider direct appeals from the Court of Claims,

IT IS ORDERED by the court, *sua sponte,* effective May 26, 1995, that this cause be, and hereby is, dismissed for want of jurisdiction.

*Thursday, June 1, 1995*

## MERIT DOCKET

**95–1049.** State ex rel. Pizza v. Lucas Cty. Court of Common Pleas. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition or, in the alternative, for a stay of proceedings. Upon consideration thereof,

IT IS ORDERED by the court that the writ of prohibition be, and hereby is, denied.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., WRIGHT, PFEIFER and COOK, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent and would grant an alternative writ.